**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ROLAND KENNEDY HICKS,
ADC #601009                                                                                                   PLAINTIFF

v.                               CASE NO. 4:06CV00611 JLH/HLJ

ARAMARK CORRECTIONAL
SERVICES, INC., *et al.*                                                                             DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's complaint against defendants is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 4th day of May, 2007.

_____
UNITED STATES DISTRICT JUDGE